# NO. 12-15-00054-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *SABRE ENERGY CORPORATION, SONCO HOLDINGS, LLC, VAN W. MOUNTS AND EDWIN WESLEY SANO,* | § | *APPEAL FROM THE* |
| *APPELLANT* | § | *COUNTY COURT AT LAW NO. 2* |
| *V.* | | |
| *WELL-PRO SERVICE, L.P., APPELLEE* | § | *GREGG COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

The parties have filed a joint motion to remand in which they state that they have settled all claims in issue in this appeal. Consequently, they request that the trial court's judgment be reversed and that the cause be remanded for further proceedings in accordance with the agreement of the parties.

This court is of the opinion that the motion should be granted. Accordingly, we **grant** the joint motion to remand, **reverse** the trial court's judgment without regard to the merits, and **remand** this cause to the trial court for further proceedings in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d). Pursuant to the parties' agreement, costs are taxed against the party incurring them.

Opinion delivered July 22, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 22, 2015**

**NO. 12-15-00054-CV**

**SABRE ENERGY CORPORATION, SONCO HOLDINGS, LLC, VAN W. MOUNTS AND EDWIN WESLEY SANO,**
Appellants
V.
**WELL-PRO SERVICE, L.P.,**
Appellee

Appeal from the County Court at Law No 2

of Gregg County, Texas (Tr.Ct.No. 2012-1207-CCL2)

THIS CAUSE came to be heard on the appellate record and the briefs filed herein and the joint motion to remand for purposes of settlement, the Court having heard and fully consider said motion is of the opinion the same should be **granted**.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the trial court's judgment without regard to the merits be **reversed** and the cause **remanded** to the trial court **for further proceedings** in accordance with the parties' agreement, and that all costs of this appeal are hereby adjudged against the party incurring same; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*